## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ANDREW DAVID WETZEL

VERSUS

WARDEN GREGORY LONGINO

CIVIL ACTION

NO. 10-2966

SECTION "N" (6)

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on October 15, 2010 (Rec. Doc. No. 11) , hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Andrew David Wetzel for issuance of a writ of habeas corpus under 28 U.S.C. § 2241, is hereby **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Wetzel's Motion for Stay (rec. doc. 9) is **DENIED** as moot.

New Orleans, Louisiana, this /5ᵗʰ day of ____August____ , 2011.

_____
UNITED STATES DISTRICT JUDGE